# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FEDERAL NATIONAL MORTGAGE
ASSOCIATION

NO.  2025 CW 0484

VERSUS

NICOLE STOCKSTILL AND
BRANDON STOCKSTILL

**AUGUST 18, 2025**

---

In Re:  Bank of America, N.A., successor by merger with BAC Home
Loans Servicing, LP, f/k/a Countrywide Home Loans
Servicing, LP, applying for supervisory writs, 23rd
Judicial District Court, Parish of Ascension, No. 99663.

---

**BEFORE:  McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT NOT CONSIDERED.** The writ application did not include a copy of the signed judgment or the pertinent minutes in violation of Rule 4-5(C)(6) and (10) of the Uniform Rules of Louisiana Courts of Appeal.  In addition, this court requires a copy of the hearing transcript.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before September 17, 2025, and must contain a copy of this ruling.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT